John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Email: efile@oreillylawgroup.com
Attorneys for Defendant/Counterclaimant
JRY 3 ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SMITH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JRY 3 ENTERPRISES, INC., a Nevada corporation;<br><br>    Defendant.<br>_____<br>JRY 3 ENTERPRISES, INC., a Nevada corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>DONALD SMITH, an individual,<br><br>    Counterdefendant.<br>_____ | CASE NO.:  2:17-cv-00852<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

Plaintiff/ Counterdefendant DONALD SMITH, an individual, and Defendant/Counterclaimant JRY 3 ENTERPRISES, INC., a Nevada corporation, hereby stipulate under Federal Rule

of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: January 31, 2018

THE LAW OFFICE OF KRISTIAN LAVIGNE
AND ASSOCIATES, P.C.

_____
Kristian Lavigne, Esq.
Nevada Bar No. 11629
Jeffrey Lavigne, Esq.
Nevada Bar No. 13906
8064 W. Sahara Avenue, Suite 102
Las Vegas, Nevada 89117
Attorneys for Plaintiff/Counterdefendant
DONALD SMITH

DATED: January 31, 2018

O'REILLY LAW GROUP, LLC

_____
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Defendant/Counterclaimant
JRY 3 ENTERPRISES, INC.

**IT IS SO ORDERED:**

DATED: February 28, 2018

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE